FILED
CLERK, U.S. DISTRICT COURT

JAN 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JOHN CERVANTES,              )
                             )
            Petitioner,      )  Case No.   CV 07-7554-JSL(AJW)
                             )
vs.                          )
                             )
WARDEN KEN CLARK,            )  JUDGMENT
                             )
            Respondent.      )
_____)

    **It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: Jan. 22, 2008

_Spencer Letts_
J. Spencer Letts
United States District Judge